## Margerete Hengen, Appellee, v. Gustave B. Hengen, Appellant.

### Gen. No. 18,002.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. JOHN GIBBONS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Affirmed. Opinion filed October 9, 1913. Rehearing denied October 23, 1913.

### Statement of the Case.

Action by Margerete Hengen against Gustave B. Hengen for separate maintenance. From an order allowing plaintiff temporary alimony of one hundred fifty dollars per month and two hundred dollars solicitor's fees, defendant appeals.

E. G. LANCASTER, for appellant.

PATRICK H. O'DONNELL and C. A. TOOLEN, for appellee; JAMES HARTNETT, of counsel.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. HUSBAND AND WIFE, § 233*—*when right to temporary alimony presumed.* Wife suing for separate maintenance is presumed entitled to temporary alimony.

2. HUSBAND AND WIFE, § 234*—*when wife entitled to allowance of temporary alimony and solicitor's fees.* Wife apparently suing for separate maintenance in good faith is entitled to temporary alimony and attorney's fees, notwithstanding husband's answer charges her with adultery, since the time for determining such issue is upon trial to the merits.

3. APPEAL AND ERROR, § 1357*—*when amount allowed as temporary alimony not an abuse of discretion.* Claim of husband that most of his property produces no income, *held* not to warrant Appellate Court in interfering with discretion of chancellor as to amount allowed for temporary alimony.